**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROSA LEE KLANESKI | Case No.: 2:21-cv-00651-ART-DJA |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET RENT A CAR AND SALES | |
| Defendant. | |

This matter having come before the Court on the STIPULATION FOR DISMISSAL WITH PREJUDICE between Plaintiff ROSA LEE KLANESKI, and Defendant MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS, and/or BUDGET LAS VEGAS, and with the Court being otherwise fully advised in the premises, it is hereby:

///
///
///
///
///
///
///

**MESSNER REEVES LLP**
ATTORNEYS AT LAW

{06900358 / 1}

**1**  ORDERED, ADJUDGED AND DECREED, that all claims of Plaintiff against all
**2** Defendant in this action be dismissed with prejudice, with each party bearing hers or its own costs,
**3** expenses, and attorneys' fees.

**4**  **IT IS SO ORDERED**.

**5**  Dated: November 23, 2022.

_____
Anne R. Traum
United States District Judge